UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                           |   |                                              |
|---------------------------|---|----------------------------------------------|
| In re: AMLA LITIGATION    | : | Consolidated Case No. 1:16-cv-06593 (JSR)    |

## PLAINTIFFS' NOTICE OF MOTION *IN LIMINE* NO. 10 TO PARTIALLY EXCLUDE THE EXPERT TESTIMONY OF DR. JONATHAN D. HIBBARD

PLEASE TAKE NOTICE that Plaintiffs Sandi Turnipseed, Jennifer Sanon, and Jasmin Hervey ("Plaintiffs") will, pursuant to Rule 9 of this Court's Individual Rules of Practice, move this Court, before the Honorable Jed. S. Rakoff, at the United States Courthouse, 500 Pearl St., New York, NY, on January 22, 2019 at 9:00 a.m., for an order to partially exclude the expert testimony of the Defendants' L'Oreal USA, Inc. and SoftSheen-Carson, LLC ("Defendants") expert witness, Dr. Jonathan D. Hibbard.

Under Rule 9 of this Court's Individual Rules of Practice, Defendants' opposition to this Motion, if any, must be filed no later than January 15, 2019.

Dated: January 10, 2019              **LEVI & KORSINSKY, LLP**

                                     By: *s/ Rosemary M. Rivas*
                                         Rosemary M. Rivas

                                     Rosemary M. Rivas (*pro hac vice*)
                                     rrivas@zlk.com
                                     44 Montgomery Street, Suite 650
                                     San Francisco, CA 94104
                                     Telephone: (415) 373-1671
                                     Facsimile: (415) 484-1294

Andrea Clisura (AC1313)
aclisura@zlk.com
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

Lori G. Feldman (LF3478)
**GERAGOS & GERAGOS APC**
7 West 24th Street
New York, NY 10010
Telephone: (917) 388-3121

Mark J. Geragos (*pro hac vice*)
geragos@geragos.com
Ben J. Meiselas (*pro hac vice*)
meiselas@geragos.com
**GERAGOS & GERAGOS APC**
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

*Co-Lead Interim Class Counsel*