UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------
In re: AMLA LITIGATION
------------------------------------
```
16-cv-6593 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench on the record on January 22, 2019, the New York class previously certified by this Court is hereby decertified. There being no remaining non-class claims for trial, see Proposed Pretrial Consent Order 6-7, ECF No. 323, the case is hereby dismissed.

Clerk to enter judgment.

SO ORDERED.

Dated:   New York, NY

        January 31, 2019         _____
                                         JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/19